

For more information, please see the entire docket sheet,
or contact the clerk's office, or consult chambers.