ARA JABAGCHOURIAN – Bar No.: 205777
**LAW OFFICES OF ARA JABAGCHOURIAN, P.C.**
1650 S. Amphlett Boulevard, #216
San Mateo, California 94402
Telephone: (650) 437-6840
Facsimile: (650) 403-0909

MICHAEL J. MANDEL, ESQ. – Bar No.: 42964
**LAW OFFICE OF MICHAEL J. MANDEL**
1438 Market Street
San Francisco, California 94102
Telephone: (415) 626-5400
Facsimile: (415) 626-5420

Attorneys for Plaintiff
HARUE CRAIG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| HARUE CRAIG,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, DOUGLAS ULRICH, individually and DOES 1-25<br><br>           Defendants. | No.    17-CV-02115 LHK<br><br>**PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** AND ORDER<br>Date: July 19, 2018<br>Time: 1:30 p.m.<br>Ctrm: 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

1

PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT                                         17-CV-02115 LHK

## ADMINISTRATIVE MOTION TO CONDITIONALLY SEAL DOCUMENTS

PLEASE TAKE NOTICE that Plaintiff Harue Craig seeks a motion to remove an incorrectly filed document. In relation to her opposition to defendants' motion for summary judgment, Plaintiff, through her counsel, Ara Jabagchourian, submitted several exhibits as evidence. Two exhibits were supposed to merely be place holders. One such placeholder was the actual exhibit, a policy and procedure of the Sheriff's Department that Defendants had marked confidential. It was Exhibit K to the declaration and item number 11 of Docket entry number 60. The error was realized once the ecf notice was send to Ara Jabagchourian. Mr. Jabagchourian has immediately contacted the ECF help desk and they have taken down the document temporarily. He has also emailed Judge Koh's clerk regarding the issue and informed the County's attorneys. Mr. Jabagchourian has also corrected the error in an errata declaration.

In order to protect Santa Clara County's confidential designation, Plaintiff request that the motion to remove Exhibit K from the Declaration of Ara Jabagchourian in Support of Opposition to Summary Judgment (Docket No. 60, item #11 (Exhibit K)) be granted.

Respectfully Submitted,

Dated: June 21, 2018          **LAW OFFICES OF ARA JABAGCHOURIAN, P.C.**

                              By:  /s/
                                   ARA JABAGCHOURIAN
                                   *Attorneys for Plaintiff*

ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED. The motion to remove ECF No. 60-11 is GRANTED.

Date: July 2, 2018

_____
HON. LUCY H. KOH, U.S. DISTRICT JUDGE